UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

ZABRINA BOONE, *et al.*,

                                                Plaintiffs,

         - against -

ALPHA CORPORATE TRANSPORTATION AND
TAXI SERVICE INC., *et al.*,

                                               Defendants.

-------------------------------------------------------------------x

**ORDER**

No. 19-CV-2808

Seibel, J.

      Pursuant to my Emergency Individual Rules and Practices in Light of COVID-19, last revised March 19, 2020, all parties to civil conferences shall attend by phone, using the following information:

      Toll-Free Number:  (877) 336-1839
      Access Code:  1047966

      The parties should call in from a landline, announce their names before speaking, and mute their lines when not speaking.  This Order is subject to revocation at any time.

      Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

**SO ORDERED.**

Dated: July 20, 2020
       White Plains, New York

                                                                    _____
                                                                       CATHY SEIBEL, U.S.D.J.