UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZABRINA BOONE and CHRISTOPHER CLARKE,
on behalf of themselves, individually, and on behalf
of all others similarly-situated,

                Plaintiffs,

-against-

ALPHA CORPORATE TRANSPORTATION AND
TAXI SERVICE INC. d/b/a ALPHA TAXI, and
EDWARD SAMRALDI, individually,

                Defendants.

Docket No.: 19-cv-02808 (CS)

~~PROPOSED~~ JUDGMENT

**WHEREAS**, on March 16, 2021, Defendants Alpha Corporate Transportation and Taxi Service Inc. d/b/a Alpha Taxi, and Edward Samraldi, individually, offered that Plaintiffs Zabrina Boone and Christopher Clarke (together as "Plaintiffs"), take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00), inclusive of attorneys' fees and costs; and

**WHEREAS,** on March 18, 2021, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs, as against Defendants Alpha Corporate Transportation and Taxi Service Inc. d/b/a Alpha Taxi, and Edward Samraldi, individually, jointly and severally, in the amount of Forty-Five Thousand Dollars and Zero Cents ($45,000.00)

SO ORDERED, on the __19th__ day of __March__, 2021, White Plains, New York:

*Cathy Seibel*
~~XXX~~

CATHY SEIBEL, U.S.D.J.